IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IFEANYICHUKWU OBI,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BURGER KING CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. 8:12CV326<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation and Motion to Dismiss with prejudice (Filing No. 20).  The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The Plaintiff's Amended Complaint (Filing No. 6), and all claims for relief stated therein will be dismissed with prejudice, complete record waived, with costs taxed to the parties incurring the same.  Each party will bear its own attorney fees.  Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation and Motion to Dismiss with prejudice (Filing No. 20) is approved;

2. The Plaintiff's Amended Complaint (Filing No. 6) and all claims for relief stated therein are dismissed with prejudice, complete record waived, with costs taxed to the parties incurring the same; and

3. Each party will bear its own attorney fees.

Dated this 30th day of April, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge